Phillip Reinhart
Register Number: 21572-041
Federal Correctional Institute
Post Office Box 1000
Butner, North Carolina 27509

Plaintiff Pro Se...

FILED

JAN 13 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

IN THE UNITED STATES DISTRICT COURT
For the Eastern District of North Carolina
Western Division
Case No: 5:25-CT-3009-BO

Phillip Reinhart )
      Plaintiff. )
  v )
       )
UNITED STATES OF AMERICA, )
      Defendant. )
_____ )

---

"VERIFIED" FEDERAL TORT CLAIM ACT PURSUANT TO/ 28 U.S.C. 1346
28 U.S.C. 1346(b), and 28 U.S.C. 2671-80.

---

### (I) OPENING STATEMENTS:

1). Plaintiff Phillip Rienhart BOP Register Number 21572-041, is the sole plaintiff herein and states that this is a verified complaint based upon his personal knowledge and declares that all statements and or allegation made herein are true and correct under the penalty of perjury pursuant to 28 U.S.C. 1746 by plaintiffs Signature and date INFRA at Page ( ).

2). This instant Federal Tort Claim Act Complaint is sought pursuant to 28 U.S.C. 1346(b) and 28 U.S.C. 2671-80 against the United States of America, being the sole defendant.

### (II), PARTIES TO ACTION:

3). The Plaintiff is Phillip Reinhart, Register Number 21572-041, whom is and has been incarcerated at all times herein at, Federal Correctional Institute, Butner North Carolina 27509.

4.) The sole defendant is the "United States of America" address Federal Correction Institute, Post Office Box 1000, Butner, North Carolina 27509.

## (III) JURISDICTION

5.) This court holds jurisdiction as all parties and events took place within this courts jurisdiction. Further, the plaintiff has sought relief from the FBOP and was denied with instructions that if he was unhappy with the FBOP's determination that I should seek litigation through the Federal Tort Claim Act, which is attached hereto, as EXHIBIT (A). Wherefore, this court has jurisdiction to hear the case presented and make rulings based on the issues presented, as all parties to this action fall within this courts jurisdiction.

## (IV) STATEMENT OF FACTS

6.) On October 13th, 2023 I was in bad pain and staff of FCI #1 Butner (BUTNER # 1) EMT P. Paul Chrestensen, and others unknown to me sent me back to my housing unit, indicating that I was faking my symptoms. After I was sent back to my housing unit the pain became unbearable and I returned to Medical. When I was seen a second time by EMT P. Paul Chrestensen, I was sent to the Granville Medical Center located at 1010 College Street, Oxford, North Carolina, 27565, where FBOP staff from FCI Butner # 1 were directly supervising and approving of what medical treatment I would or would not receive, by way of communicating with the medical staff at FCI Butner #1. While directly determining what treatment I could or could not receive via telephonic approval.

It was determined by Dr. Naveen Kumar of Granville medical center that my "Gallbladder" was bad and needed removal. This was again related back to the FCI Staff who gave authorization to proceed with the removal of my gallbladder by "Laparosie Cholecystetomy Surgery". After the staff at Granville Medical Center sought and received permission to proceed with my surgery, Dr. Kumar of the Granville Medical Center then performed the surgery and witnessed by FBOP

escorting staff. After the operation was complete, but before I had time to initially recover from the surgery I was hustled back to the Federal Correction Institute #1 Butner, in order to be back by the 4:00 P.M. Stand up Count.

After returning to the FCI #1, I was placed in my cell for the 4:00 P.M. count. At this time I was pale white and in severe pain. I passed out on at least three different occasions. Once, in my cell, later in the television room and finally in front of the unit officers station. When the unit officer saw my condition he called a medical emergency. When medical arrived I was taken to medical for evaluation. At medical EMT P. Chrestensen, assessed my condition to be severely orthostatic in pulse and blood pressure, and in severe pain in my stomach and abdomen. At this point EMT P. Chrestensen, consulted with the on call Hospitalist and determined that I needed to be sent back to Granville Medical Center.

7.) Upon arrival at Granville Medical Center it was determined that I should be sent to "Duke University School of Medicine / Surgery", where Dr. William Apraku assessed my condition on 10/14/2023 and found that something had gone wrong during the initial surgery performed on 10/13/2023 at the Granville Medical Center. On 10/14/2023, Dr Apraku performed an emergency surgery to determine the exact cause of my internal bleeding. Dr. Apraku found that I had a "C/F Bleed vs Bile leak" where during my initial surgery Dr. Kumar from Ganville Medical Center had nicked my liver and that had I been provided adequate recovery time, instead of being rushed back to the prison, Granville Medical Center and Dr. Kumar would have discovered this problem.

8.) Dr. William Apraku then performed the emergency life saving surgery and repaired the nick to my liver and then kept me in the hospital for a few days to ensure proper recovery of the effected liver and vascular areas. Note: I was also given IV antibiotics to combat infection and to ease my pain and suffering.

After three days, I was returned to the Federal Correction Institute #1 Butner, where I remain at this time.

### (IV) LEGAL ARGUMENTS

9). Plaintiff states this is a clear cut case of negligence and medical malpractice for FBOP staff to insist that I be returned to the prison before I was allowed ample recovery time on 10/13/2023. It was also medical malpractice for Dr. Kumar to have closed me up after surgery without first inspecting for any vascular bleeding. Again it was determined by Dr. Apraku that my liver had been nicked during the initial surgery performed by Dr. Kumar. This resulted in a serious medical condition / injury to my person and further medical malpractice for Dr. Kumar to release me without proper recovery time. Dr. Kumar's actions caused me serious injury and almost cost me my life, except for actions by EMT P. Chrestensen and Dr. Apraku, I would have bleed to death. As it is I suffered severe pain and trauma to my abdomen, and inflicted unnecessary psychological pain and suffering. I do not trust Dr.'s anymore.

10). The acts stated supra at paragraphs (6) through (9) certainly show that North Carolina state statutes relating to negligence and malpractice were violated as well as the United States Constitutional rights secured pursuant to Eighth Amendment against cruel and unusual punishment and deliberate indifference to my serious medical needs were violated by the defendant herein.

11). Because this action is a "Verified" complaint, the entire complaint must be considered as an affidavit and is evidence and not mere allegation. See "Versification" infera at pages (5) and (6).

Wherefore based on upon the facts herein the plaintiff respectfully request this Court find for the Plaintiff and enter the relief below:

(V) RELIEF REQUESTED:

12). Find that the defendants herein violated the Eighth Amendments prohibition against Cruel and Unusual punishment with deliberate indifference to the plaintiffs serious medical needs and further violated North Carolina Statutes against Negligence, and that defendants subjected the palintiff to medical malpractice that caused serious injury almost cost the plaintiff his life. See: Declaration of Stephan M. Bullis.

13). Based upon all the facts related herein the defendants shall pay the plaintiff $2,000,000.00 (two Million Dollars) for the violations and injuries substained by the plaintiff as a result of the defendants acts and inactions.

14). It is further ordered that the defendants shall pay the plaintiff said award within 30-days of this court order.

15). It is further ordered that the defendants shall pay to the plaintiff whatever this Court deems necessary and just to serve the interest of justice.


Respectfully submitted this 2 Day of January , 2025.



*Phillip Reinhart*

Phillip Reinhart

Registration Number: 21572-041
Federal Correction Institute # 1
Post Office Box 1000
Butner, North Carolina 27509


"VERIFICATION"

I, Phillip Reinhart, Registration Number 21572-041, state I am the plaintiff in this forgoing action and declare that each statement and or allegation is made upon my personal knowledge and further declare that each is true and correct under the penalty of perjury pursuant to 28 U.S.C. § 1746.

5

Submitted this 2 Day of January , 2025.

*Phillip Reinhart*

Phillip Reinhart
Registration Number 21572-041
Federal Correction Institute # 1
Post Office Box 1000
Butner, North Carolina 26509